Attachment A

Network Cameras

TurboHD Analog Cameras

TurboHD Analog PTZ Cameras

Network PTZ Cameras

Thermal Cameras

Value Express Series

2 MP Web Camera DS-U02(P)

2 MP Video Conference Camera DS-U102

2MP Web Camera DS-U12

4K HD Web Camera DS-U18

1080P Web Camera DS-UC2

2K Web Camera DS-UC4

2K Live Camera DS-UL4

DS-2CD6425G1-10

IDS-2CD7A46G0-IZHSY 2.8-12MM

DS-2CD2023G0-I

DS-2CD2023G2-I(U)

DS-2CD2043G0-I

DS-2CD2043G0-IB

DS-2CD2043G2-I(U)

DS-2CD2045FWD-I

DS-2CD2047G1-L

DS-2CD2047G2-LU

DS-2CD2065G1-I

DS-2CD2083G0-I

DS-2CD2083G2-I(U)

DS-2CD2085G1-I

DS-2CD2087G2-L

DS-2CD2122FWD-I

DS-2CD2123G0-I

DS-2CD2123G2-IU

DS-2CD2125G0-IMS

DS-2CD2143G0-I

DS-2CD2143G0-IB

DS-2CD2143G2-IU

DS-2CD2145FWD-IS

DS-2CD2147G2-L(SU)

DS-2CD2147G2-SU

DS-2CD2165G0-I

DS-2CD2165G0-IS

DS-2CD2183G0-I

DS-2CD2183G0-IB

DS-2CD2183G2-IU

DS-2CD2185FWD-IB

DS-2CD2185FWD-IS

DS-2CD2185G0-IMS

DS-2CD2312WD-I

DS-2CD2323G0-I

DS-2CD2323G2-I(U)

DS-2CD2327G1-L

DS-2CD2343G0-I

DS-2CD2343G0-IB

DS-2CD2343G2-I(U)

DS-2CD2345FWD-I

DS-2CD2347G1-L

DS-2CD2347G1-LU

DS-2CD2347G2-LSU/SL

DS-2CD2347G2-LU

DS-2CD2365G1-I

DS-2CD2383G0-I

DS-2CD2383G0-IB

DS-2CD2387G2-LSU/SL

DS-2CD2387G2-LU

DS-2CD2387G2P-LSU/SL

DS-2CD2421G0-I(D)(W)

DS-2CD2443G0-I(W)

DS-2CD2423G0-I(W)

DS-2CD2423G2-I

DS-2CD2443G2-I

DS-2CD2463G2-I

DS-2CD2483G2-I

DS-2CD2425FWD-I(W)

DS-2CD2426G2-I

DS-2CD2446G2-I

DS-2CD2466G2-I

DS-2CD2523G0-IS

DS-2CD2523G0-IWS

DS-2CD2523G2-I(S)

DS-2CD2525FWD-IS

DS-2CD2543G0-IS

DS-2CD2543G0-ISB

DS-2CD2543G0-IWS

DS-2CD2543G2-I(WS)

DS-2CD2543G2-IS

DS-2CD2545FWD-I

DS-2CD2545FWD-IS

DS-2CD2547G2-LS

DS-2CD2555FWD-IS

DS-2CD2563G0-IS

DS-2CD2583G2-I(S)

DS-2CD2623G1-IZS

DS-2CD2623G2-IZS

DS-2CD2625FHWD-IZS

DS-2CD2643G1-IZS

DS-2CD2643G2-IZS

DS-2CD2645FWD-IZS

DS-2CD2645G1-IZ(S)

DS-2CD2646G1-IZS

DS-2CD2647G2-LZS

DS-2CD2665G0-IZS

DS-2CD2683G1-IZS

DS-2CD2683G2-IZS

DS-2CD2685G1-IZ(S)

DS-2CD2712FWD-I

DS-2CD2723G1-IZS

DS-2CD2723G2-IZS

DS-2CD2725F-ZS

DS-2CD2725FHWD-IZS

DS-2CD2725FWD-IZS

DS-2CD2743G1-IZS

DS-2CD2743G1-IZSB

DS-2CD2743G2-IZS

DS-2CD2746G1-IZS

DS-2CD2747G2-LZS (C)

DS-2CD2765G0-IZS

DS-2CD2783G1-IZS

DS-2CD2783G1-IZSB

DS-2CD2783G2-IZS

DS-2CD2785G0-IZS

DS-2CD2935FWD-IS

DS-2CD2955FWD-IS

DS-2CD2D21G0-D/NF

DS-2CD2D21G0/M-D/NF

DS-2CD2E43G2-U

DS-KC001

DS-KH6320-WTE1

DS-KH6320-WTE2

DS-KH8350-WTE1

DS-KH9510-WTE1

DS-HD1

DS-KB8113-IME1

DS-KD9633-WBE6

DS-KV8113-WME1

DS-KV8213-WME1

DS-KV8413-WME1

DS-HD2