# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

|  |  |
|---|---|
| KT IMAGING USA, LLC, | |
| Plaintiff, | Civil Action No.: 6:22-cv-01026 |
| v. | **JURY TRIAL DEMANDED** |
| HANGZHOU HIKVISION DIGITAL TECHNOLOGY CO., LTD. and HIKVISION INTERNATIONAL CO., LIMITED, | |
| Defendants. | |

## STATEMENT OF RELATEDNESS

This action is related to other actions considered by the District Court for the Western District of Texas, Waco Division. Specifically, KT Imaging asserted each of the four patents, U.S. Patent No. 8,0004,602 ("the '602 Patent"), U.S. Patent No. 8,314,481 ("the '481 Patent"), U.S. Patent No. 6,876,544 ("the '544 Patent") and U.S. Patent No. 7,196,322 ("the '322 Patent") ("Patents-in-Suit") in other actions that it had previously filed in in the Waco Division, and the Waco Division Court had construed claims of these Patents-in-Suit. The Waco Division Court had also considered numerous motions, including a motion relating to an expert report, and resolved disputes between parties relating to the technology at issue in these patents. The following is a list of KT Imaging actions involving the Patents-in-Suit considered by the Waco Division Court:

- *KT Imaging USA, LLC v. AsusTek Computer Inc.* (6:20-cv-0300) (Claim Construction Order, Dkt. 40, Albright, J.); and
- *KT Imaging USA, LLC v. Microsoft Corp.* (6:21-cv-1000)

The following is a list of KT Imaging actions involving various combinations of the Patents-in-Suit:

- *KT Imaging USA, LLC v. Acer Amer. Corp. et al.* (6:20-cv-299) (Claim Construction Order, Dkt. 43, Albright, J.) (involving the '602 Patent and '481 Patent);

- *KT Imaging USA, LLC v. Apple Inc.* (6:21-cv-01002) (involving the '602 Patent, '322 Patent and '481 Patent);

- *KT Imaging USA, LLC v. Dell Technologies Inc. and Dell Inc.* (6:21-cv-01004) (involving the '544 Patent, '322 Patent and '602 Patent); and

- *KT Imaging USA, LLC v. Google LLC* (6:21-cv-01003) (involving the '544 Patent, '322 Patent and '481 Patent).

The following is a list of KT Imaging actions involving various combinations of the Patents-in-Suit which are currently pending in the Federal District Court of the Western District of Texas:

- *KT Imaging USA, LLC v. Hanwha Techwin Co., Ltd.* (6:22-cv-00874) (involving the '602 Patent and '481 Patent);

- *KT Imaging USA, LLC v. Prinics Co., Ltd.* (6:22-cv-00875) (involving the '544 Patent and '322 Patent);

- *KT Imaging USA, LLC v. Reolink Digital Technology Co., Ltd*. (6:22-cv-00876) (involving the '602 Patent and '481 Patent); and

- *KT Imaging USA, LLC v. Shenzhen Wansview Technology Co, Ltd.* (6:22-cv-00877) (involving the '602 Patent and '481 Patent).

Dated:  October 3, 2022

*/s/ Raymond W. Mort, III*

Dmitry Kheyfits
dkheyfits@kblit.com
Brandon G. Moore
bmoore@kblit.com
KHEYFITS BELENKY LLP
12600 Hill Country Blvd., Suite R-275
Austin, TX 78738

Tel: 737-228-1838
Fax: 737-228-1843

Andrey Belenky
abelenky@kblit.com
Hanna G. Cohen
hgcohen@kblit.com
KHEYFITS BELENKY LLP
80 Broad Street, 5th Floor
New York, NY 10004
Tel: 212-203-5399
Fax: 212-203-6445

Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
**THE MORT LAW FIRM, PLLC**
501 Congress Ave., Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

*Attorneys for Plaintiff*
*KT Imaging USA, LLC*

3